■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JARED SHABAZZ, Appellant. [723 NYS2d 296] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of attempted robbery in the first degree (Penal Law §§ 110.00, 160.15 [3]). We agree with defendant that his purported waiver of the right to appeal is invalid. At the plea proceeding, the prosecutor and defense counsel both acknowledged that a waiver of the right to appeal was not a condition of the plea agreement. We conclude, however, that the bargained-for sentence is neither unduly harsh nor severe. (Appeal from Judgment of Monroe County Court, Marks, J.—Attempted Robbery, 1st Degree.) Present—Green, J. P., Wisner, Hurlbutt and Burns, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PABLO JOHNSON, Appellant, v ANDREW P. MELONI, as Monroe County Sheriff, et al., Respondents. [722 NYS2d 445] —Appeal unanimously dismissed without costs as moot (*see, People ex rel. Brown v New York State Div. of Parole*, 262 AD2d 433). (Appeal from Judgment of Monroe County Court, Connell, J.— Habeas Corpus.) Present—Green, J. P., Wisner, Hurlbutt and Burns, JJ.